

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 6 2020

JAMES W. McCORMACK, CLERK
By:_____
                                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:20CR00114 DPM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2252(a)(4)(B) |
| EDDIE SCOTT SEATON | ) | 18 U.S.C. § 1466A(a)(1) |
| | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about December 18, 2019, in the Eastern District of Arkansas, and elsewhere, the

defendant,

EDDIE SCOTT SEATON,

knowingly received an obscene visual depiction, to wit: a digital image or picture, computer

image or picture, or computer generated image or picture, whether made or produced by

electronic, mechanical or other means, of a minor engaging in sexually explicit conduct, as that

term is defined in 18 U.S.C. § 2256(2)(A), to wit: sexual intercourse and lascivious exhibition of

the genitals or pubic area of any person, in the circumstances specified in 18 U.S.C.

§ 1466A(d)(1) and (d)(4).

All in violation of Title 18, United States Code, Section 1466A(a)(1).

### COUNT 2

On or about December 30, 2019, in the Eastern District of Arkansas and elsewhere, the

defendant,

EDDIE SCOTT SEATON,

knowingly possessed and accessed with intent to view one or more matters which contained an

image of a minor engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, and which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

## **FORFEITURE ALLEGATION ONE**

Upon conviction of Count One or Two of this Indictment, the defendant, EDDIE SCOTT SEATON, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(END OF TEXT.   SIGNATURE PAGE ATTACHED.)